IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY MICHAEL FLORES,

      Plaintiff,                    No. CIV S-07-1650 LEW KJM P

      vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

      Defendants.               ORDER

/

Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of August 30, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's September 17, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: September 20, 2007.

                                            U.S. MAGISTRATE JUDGE

/ke
flor1650.36