IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY MICHAEL FLORES,

        Plaintiff,                     No. CIV S-07-1650 LEW KJM P

      vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

        Defendants.             FINDINGS AND RECOMMENDATIONS

        By an order filed August 30, 2007, plaintiff was ordered to file an affidavit in support of his request to proceed in forma pauperis within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. On September 21 and October 26, 2007 plaintiff was granted additional time in which to comply with the court's August 30th order. The time period has now expired, and plaintiff has not responded to the court's order and has not filed his affidavit.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court. The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

8  /flor1650.fifp