1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY MICHAEL FLORES,

11           Plaintiff,                    No. CIV S-07-1650 JAM KJM P

12      vs.

13   SOLANO COUNTY SHERIFF'S
     DEPARTMENT, et al.,
14
             Defendants.                   ORDER
15
     _____/
16

17          Plaintiff is a former county jail inmate proceeding pro se with a civil rights action

18   under 42 U.S.C. § 1983.   Defendant Waller has filed a motion to compel plaintiff's deposition.

19   Plaintiff has neither opposed the motion nor filed a statement of non-opposition.

20          Under Rule 37(d)(1)(A)(i) of the Federal Rules of Civil Procedure, the court may

21   impose sanctions on a party who "fails, after being served with proper notice, to appear for that

22   person's deposition. . . . "  Defendant's counsel avers that she scheduled a deposition and  mailed

23   a notice of that deposition to the address she obtained from plaintiff's parole officer, yet plaintiff

24   did not appear at the time and place scheduled.

25          In this case, it is appropriate to direct plaintiff to appear at a second properly

26   noticed deposition.

                                            1

IT IS HEREBY ORDERED that:

1.  Defendant's motion to compel (docket no. 31) is granted;

2.  Plaintiff is ordered to appear for his deposition at the time and place to be set in a notice from defendant's counsel.  Plaintiff is cautioned that failure to comply may result in the imposition of  sanctions, including dismissal of the action;

3.  The dates for dispositive motions, pretrial statement, pretrial conference and trial established in the scheduling order (docket no. 27) are vacated and dispositive motions are due within thirty days of plaintiff's deposition; and

4.  Defendants are directed to file a copy of the notice setting the new date for plaintiff's deposition.

DATED:  November 14, 2008.

_____
U.S. MAGISTRATE JUDGE

2
flor1650.mtc